CROSNER LEGAL, P.C.
Michael Crosner (SBN 219705)
mike@crosnerlegal.com
Zachary Crosner (SBN 272295)
zach@crosnerlegal.com
BLAKE JONES (SBN 211221)
blake@crosnerlegal.com
REX PHILLIPS (SBN 237747)
rex@crosnerlegal.com
9440 Santa Monica Blvd., Suite 301
Beverly Hills, California 90210
Telephone: (310) 496-5818
Facsimile: (310) 510-6429

Attorneys for Plaintiff
LORI JOHNSON, *et al.*

ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ALISON S. HIGHTOWER, Bar No. 112429
ahightower@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
INSULET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI JOHNSON, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSULET CORPORATION, a Delaware Corporation, and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-03022-MCS-ASx<br><br>**JOINT STIPULATION TO VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

STIPULATION TO VOLUNTARY DISMISSAL PER FRCP 41(a)(1)

Case No. 2:20-cv-03022-MCS-ASx

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Lori Johnson ("Plaintiff") and Defendant Insulet Corporation ("Defendant"), by and through their undersigned counsel, hereby stipulate to the voluntary dismissal of this action. Accordingly, the action is hereby dismissed, in its entirety, with prejudice to Plaintiff's claims, and without prejudice to the claims of putative class members.

Because this stipulation is being signed by all parties who have appeared, and because the putative class has not been certified, this matter may be dismissed with prejudice as to the named Plaintiff's individual claims, and without prejudice as to the claims of putative class members, without an order of the Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

Dated: February 17, 2021

/s/ Blake Jones
BLAKE JONES
REX PHILLIPS
CROSNER LEGAL, P.C.
Attorneys for Plaintiff
LORI JOHNSON

Dated: February 17, 2021

/s/ Alison S. Hightower
ROD M. FLIEGEL
ALISON S. HIGHTOWER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
INSULET CORPORATION

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the filer of this document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 17, 2021

/s/ Alison S. Hightower
ALISON S. HIGHTOWER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
INSULET CORPORATION

4849-2800-2267.1 094738.1066

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION TO VOLUNTARY DISMISSAL PER FRCP 41(a)(1)    2.    Case No. 2:20-cv-03022-MCS-ASx